UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANDRE M. FRANCE,

        Petitioner,        Case No. 1:14-cv-297

v.

                      Honorable Paul L. Maloney

BONITA HOFFNER,

        Respondent.

_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:   May 15, 2014                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge